Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C261711

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
District of New Jersey

Case number *(If known)*: ______________ Chapter 7

# Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

**Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
# Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Avrohom
First name

______________
Middle name

Prager
Last name

______________
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

Shaya Prager

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

✓ Unknown

XXX – XX – ____ ____ ____ ____ OR 9 XX – XX – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

✓ Unknown

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C26...

Debtor Avrohom Prager Case number (if known)

**6. Debtor's address**

**Principal residence**

212 2nd Street, Suite 104
Number Street

Lakewood NJ 08701
City State ZIP Code

Ocean
County

**Mailing address, if different from residence**

Number Street

City State ZIP Code

**Principal place of business**

7 Olive Court
Number Street

Lakewood NJ 08701
City State ZIP Code

County

**7. Type of business**

# Debtor does not operate a business

*Check one if the debtor operates a business:*

# Health Care Business (as defined in 11 U.S.C. § 101(27A))
# Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
# Stockbroker (as defined in 11 U.S.C. § 101(53A))
# Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

# **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

# No

☑ Yes. Debtor Shulamit Prager Relationship Wife
District New Jersey Date filed 04/28/2026 (MM / DD / YYYY) Case number, if known

Debtor Relationship
District Date filed (MM / DD / YYYY) Case number, if known

Debtor Avrohom Prager Case number (if known)

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

# A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

# Other reason. Explain. (See 28 U.S.C. § 1408.) ____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

# The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

# Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

# Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Cory Conniff - Preferred Member of Liberty 1100 VA DR Member LLC and Wood Ave 194 LLC | Returns have not been paid since November 2023 | $25,072,549.16 |
| Kavitra Kalra - Preferred Member of Liberty 1100 VA DR Member LLC and Wood Ave 194 LLC | Returns have not been paid since November 2023 | $25,072,549.16 |
| Rupan Trikha - Preferred Member of Wood Ave 194 LLC and Riverside Richmond Member LLC LLC | Returns have not been paid since November 2023 | $21,725,628.07 |
| | Total | $ |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C261711

Debtor Avrohom Prager Case number (if known)

**Part 4: Request for Relief**

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

Signed by:

Signature of petitioner or representative, including representative's title

Cory Conniff
Printed name of petitioner

Date signed MM / DD / YYYY

**Mailing address of petitioner**

1247 Chestnut Avenue
Number Street

Wilmette IL 60091
City State ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone

Email

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

**Attorneys**

Signature of attorney

Brian J. Ashnault, Esq.
Printed name

Ansell Grimm & Aaron, P.C.
Firm name, if any

365 Rifle Camp Road
Number Street

Woodland Park NJ 07424
City State ZIP Code

Date signed MM / DD / YYYY

Contact phone 973-247-9000 Email bashnault@ansell.law

Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C2617711

Debtor Avrohom Prager Case number (if known)

Signed by:
Kavitra Kalra
16054A45032B4E4...
Signature of petitioner or representative, including representative's title

Kavitra Kalra
Printed name of petitioner

Date signed MM / DD / YYYY

**Mailing address of petitioner**

11 Coachman Drive
Number Street

Roslyn NY 11576
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

Signature of Attorney

Brian J. Ashnault, Esq.
Printed name

Ansell Grimm & Aaron P.C.
Firm name, if any

365 Rifle Camp Road
Number Street

Woodland Park NJ 07424
City State ZIP Code

Date signed MM / DD / YYYY

Contact phone 973-247-9000 Email bashnault@ansell.law

DocuSigned by:
Rupan Trikha
5A476283C2CE425...
Signature of petitioner or representative, including representative's title

Rupan Trikha
Printed name of petitioner

Date signed MM / DD / YYYY

**Mailing address of petitioner**

126 Daniel Drive
Number Street

Little Silver NJ 07739
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

Signature of Attorney

Brian J. Ashnault, Esq.
Printed name

Ansell Grimm & Aaron P.C.
Firm name, if any

365 Rifle Camp Road
Number Street

Woodland Park NJ 07424
City State ZIP Code

Date signed MM / DD / YYYY

Contact phone 973-247-9000 Email bashnault@ansell.law