Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C261711

Additional Sheet – Involuntary Petition Against Avrohom Prager

| **Name of Petitioner** | **Nature of petitioner's claim** | **Amount of the claim above the value of any lien** |
|---|---|---|
| Niti Trikha – Preferred Member of Wood Ave 194 LLC and Riverside Richmond Member LLC | Returns have not been paid since November 2023 | $21,725,628.07 |
| Shetal Patel – Preferred Member of Wood Ave 194 LLC | Returns have not been paid since November 2023 | $10,960,677.23 |
| | | Total: $35,837,500.00 |

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

Docusign Envelope ID: 2A51D825-C185-8DC1-8067-64A96C261711

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X ____________________<br>Signature of petitioner or representative including representative's title<br><br>Niti Trikha<br>Printed name of petitioner<br><br>Date signed:<br><br>**Mailing address of petitioner**<br><br>26 Daniel Drive<br>Number Street<br><br>Little Silver, New Jersey 07739<br>City State Zip Code | X ____________________<br>Signature of Attorney<br><br>Brian J. Ashnault, Esq.<br>Printed name<br><br>Ansell Grimm & Aaron, P.C.<br>Firm name<br><br>365 Rifle Camp Road<br>Number Street<br><br>Woodland Park, NJ 07424<br>City State Zip Code<br><br>Date signed:<br><br>Contact phone: 973-247-9000 Email:bashnault@ansell.law |
| Signed by:<br>X [signature]<br>1DEF611E7491413...<br>Signature of petitioner or representative including representative's title<br><br>Shetal Patel<br>Printed name of petitioner<br><br>Date signed:<br><br>**Mailing address of petitioner**<br><br>4 Maryanna Way<br>Number Street<br><br>Rocky Hill, Connecticut 06067<br>City State Zip Code | X [signature]<br>Signature of Attorney<br><br>Brian J. Ashnault, Esq.<br>Printed name<br><br>Ansell Grimm & Aaron, P.C.<br>Firm name<br><br>365 Rifle Camp Road<br>Number Street<br><br>Woodland Park, NJ 07424<br>City State Zip Code<br><br>Date signed:<br><br>Contact phone: 973-247-9000 Email:bashnault@ansell.law |

Additional Sheet – Involuntary Petition Against Avrohom Prager

| Name of Petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Niti Trikha – Preferred Member of Wood Ave 194 LLC and Riverside Richmond Member LLC | Returns have not been paid since November 2023 | $21,725,628.07 |
| Shetal Patel – Preferred Member of Wood Ave 194 LLC | Returns have not been paid since November 2023 | $10,960,677.23 |
| | | Total: $35,837,500.00 |

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X ____ (signature)<br>Signature of petitioner or representative including representative's title<br><br>Niti Trikha<br>Printed name of petitioner<br><br>Date signed:<br><br>Mailing address of petitioner<br>26 Daniel Drive<br>Number Street<br>[illegible], NJ 07739<br>City State Zip Code | X ____ (signature)<br>Signature of Attorney<br><br>Brian J. Ashnault, Esq.<br>Printed name<br><br>Ansell Grimm & Aaron, P.C.<br>Firm name<br><br>365 Rifle Camp Road<br>Number Street<br><br>Woodland Park, NJ 07424<br>City State Zip Code<br><br>Date signed:<br><br>Contact phone: 973-247-9000 Email:bashnault@ansell.law |
| X ____<br>Signature of petitioner or representative including representative's title<br><br>Shetal Patel<br>Printed name of petitioner<br><br>Date signed:<br><br>Mailing address of petitioner<br><br>Number Street<br><br>City State Zip Code | X ____<br>Signature of Attorney<br><br>Brian J. Ashnault, Esq.<br>Printed name<br><br>Ansell Grimm & Aaron, P.C.<br>Firm name<br><br>365 Rifle Camp Road<br>Number Street<br><br>Woodland Park, NJ 07424<br>City State Zip Code<br><br>Date signed:<br><br>Contact phone: 973-247-9000 Email:bashnault@ansell.law |