# EXHIBIT E

Advertisement

TRI-STATE

A

# Shaya Prager sued for default on $9M loan issued just 2 months ago

## Wife's former lawyer Mark Nussbaum of Cherry Hill Management brings case

Advertisement



*Shaya Prager (Illustration by The Real Deal with Getty)*

**By Jess Hardin**

**Research by Keith Larsen**

*NOV 5, 2024, 11:00 AM EST*

THE REAL DEAL
REAL ESTATE NEWS

Sign in Subscribe

falling behind on loans, his wife's former lawyer Mark Nussbaum has joined the onslaught.

Advertisement

Nussbaum's Cherry Hill Management is suing Prager and his wife Shulamit in New Jersey for defaulting on a $9 million loan issued less than two months ago.

The Superior Court lawsuit claims the firm lent the money to Shulamit on Sept. 4 and that her husband, whose legal name is Avrohom, guaranteed the note. Shulamit never made any payments, the first of which was due Oct. 1, according to the lawsuit. The purpose of the loan was not disclosed.

Nussbaum, the manager of Cherry Hill, referred in a sworn affidavit to a confession of judgment signed by Prager. Cherry Hill is asking the court to order Prager to pay back the loan plus interest and legal fees.

Nussbaum represented Shulamit Prager in a 2017 suit in New York and was listed as her attorney on personal financial statements submitted to a lender in 2016.

This latest suit is one of at least 10 Prager faces from lenders and investors in New Jersey, Ohio, Texas, Florida, Illinois and Minnesota.

Advertisement

Enter Your Email

SIGN UP

After gobbling up billions of dollars' worth of office properties around the country when interest rates were low, Prager is rapidly losing them to foreclosure.

He's also facing scrutiny for the controversial ownership structure he used at many of his properties.

Prager created ground leases at his properties and took out separate loans against the land and the buildings above, such that the combined amount of the mortgages exceeded what he had paid for the properties. Prager claims lenders were made aware of this "common beneficial ownership" structure, but some lenders dispute this.

The first was Pinnacle Bank, the mezzanine lender on Fort Worth's Burnett Plaza. In a lawsuit by Tarrant Construction Services against Prager for nonpayment of a

Advertisement

Prager's camp calls the claims "baseless."

"Despite what Pinnacle has alleged, the parties to the Burnett Plaza ground lease transaction were fully disclosed and acknowledged by Pinnacle in writing, and we look forward to demonstrating this at trial," his spokesperson said in a statement.

READ MORE



TEXAS

**Map shows Shaya Prager's real estate deals collapsing across US**



TRI-STATE

**Memo to Shaya Prager: Webster Bank wants its money back**

Advertisement

COMPANIES AND PEOPLE

Cherry Hill Management | Opal Holdings

TAGS

New Jersey | shaya prager | shulamit prager

Top stories delivered to your inbox

FEATURED

REAL ESTATE RUNDOWN
BREAKING NEWS

WEEKLY

NATIONAL
CHICAGO

VIEW ALL NEWSLETTERS

Enter Your Email

SIGN UP

## Recommended For You



CHICAGO

Great Central Brewing owners face second foreclosure, this time for nearly $5M on Near West Side

Advertisement



## End of The Line? The Line Austin faces foreclosure after lenders took back DC and LA hotels



NEW YORK

## Charles Cohen sees another property reach danger zone



TRI-STATE

## Fraud allegations pile up against Bert I. Dweck and his family



TEXAS

## Texas CRE foreclosures surge past $1B for May auctions, fueled by multifamily distress



CHICAGO

## Landlord Raphael Lowenstein hit With $35M Bronzeville foreclosure

Advertisement



## Capstone Equities acquires Soho office after launching foreclosure



TRI-STATE

## Bankruptcy sheds light on $119M in debts crushing son of Nussbaum's Chicago deal partner



All rights reserved © 2026 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332

Advertisement