**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANSELL GRIMM & AARON, P.C.
Anthony D'Artiglio, Esq. (117682014)
Brian J. Ashnault, Esq. (280072019)
Nicole Benis, Esq. (376152022)
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: (973) 247-9000
E-mail: adartiglio@ansell.law
bashnault@ansell.law
nbenis@ansell.law
*Attorneys for Creditors Cory Conniff, Kavitra Kalra, Rupan Trikha, Niti Trikha, and Shetal Patel*

Hon. Eamonn O' Hagan, U.S.B.J.

In re:

Shulamit Prager,

Debtor.

Case No.: 26-14723 (EJO)

Chapter 7

In re:

Avrohom Prager (a/k/a Shaya Prager),

Debtor

Case No.: 26-14727 (EJO)

Chapter 7

Hearing Date: June 4, 2026 at 10 a.m.

**DECLARATION OF ANTHONY J. D'ARTIGLIO, ESQ IN OPPPOSITION TO THE DEBTORS' MOTION TO DISMISS THE INVOLUNTARY PETITIONS UNDER <u>SECTION 303 OF THE BANKRUPTCY CODE</u>**

I, Anthony J. D'Artiglio, Esq., declare under penalty of the perjury under the law of the United States:

1. I am counsel for the Creditors Cory Conniff ("Cory"), Kavitra Kalra ("Kavitra"), Rupan Trikha ("Rupan"), Niti Trikha ("Niti"), and Shetal Patel ("Shetal", and collectively the "Creditors") as representatives of the Preferred Members of the Liberty 1100 VA DR Member

LLC ("Liberty LLC"), Wood Ave 194 LLC ("Wood LLC") and the Riverside Richmond Member LLC ("Riverside LLC"), Preferred Member of Wood Ave 194 LLC ("Wood LLC") and Riverside Richmond Member LLC ("Riverside LLC"). I submit this declaration in support of the Creditors' Opposition to the Debtors' Motion to Dismiss the Involuntary Bankruptcy Petitions against Debtors Avrohom Prager ("Avrohom") and Shulamit Prager ("Shulamit" and together with Avrohom, the "Debtors") (the "Motion").

2. Annexed hereto as **Exhibit A** is a true and accurate copy of the brief filed by the Creditors seeking summary judgment in the related litigation.

3. Annexed hereto as **Exhibit B** is a true and accurate copy of the brief filed by the Debtors opposing the Creditors' summary judgment motion in the related litigation.

4. Annexed hereto as **Exhibit C** is a true and accurate copy of the Order denying the Debtors' motion to dismiss in the litigation.

5. Annexed hereto as **Exhibit D** is a true and accurate copy of a Writ of Execution on behalf of Valley National Bank against the Wood LLC, Shulamit and Avrohom.

6. Annexed hereto as **Exhibit E** is a true and accurate copy of a Writ of Execution on behalf of Webster Bank against Avrohom.

7. Annexed hereto as **Exhibit F** is a true and accurate copy of a Writ of Execution on behalf of Webster Bank against Avrohom and Shulamit.

8. Annexed hereto as **Exhibit G** is a true and accurate copy of a Writ of Execution on behalf of Fulton Bank against Shulamit.

9. It has come to my attention that at least five (5) banks who have not made formal appearances in this matter have sizable judgments against the Debtors that aggregately meet or exceed at least $150,000,000.00.

10. During mediation on March 13, 2026, the Debtors offered a Consent Judgment for the full amount owed to the Creditors. The parties did not confirm the total amount due and enter into Consent Judgments because Debtors insisted on our clients releasing third-parties in full from any claims.

11. Contrary to the improper assertion in the brief, the settlement discussions had nothing to do with compromising an uncertain claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: Woodland Park, New Jersey
May 28, 2026



______________________________
Anthony J. D’Artiglio, Esq.