# EXHIBIT C

Adam J. Stein, Esq. (NJ Attorney ID #014682008)
**STEIN ADLER DABAH & ZELKOWITZ LLP**
936 Broadway, 5th Floor
New York, New York 10010
(212) 867-5620

– and –

Jason R. Finkelstein, Esq. – NJ Atty ID #013662009
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
*Attorneys for Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs, Avrohom Prager a/k/a Shaya Prager and Shulamit Prager, and Defendants The Olive 2021 South Dakota NCNG Trust, and The Olive 2021 South Dakota ING Trust*

| | |
|---|---|
| RUPAN TRIKHA, NITI TRIKHA, BHAVNA CHHABRIA, GANDOTRA INVESTMENTS LLC, NUVIEW TRUST CO FBO MAYUR DALAL IRA, R&R DHARIA LLC, RAJESH DHARIA, MANISH GANDHI REVOCABLE TRUST 2002, MANISH GANDHI, CORY CONNIFF, MVP PARK INTERNATIONAL INC., UK MANAGEMENT AND INVESTORS GROUP, LLC, SHETAL PATEL, SHASHI GOEL, PREM GOEL, NUVIEW TRUST CO FBO MAHESH CHHABRIA, KAVITA KALRA, VIJAY SINGHAL, YOGINI PATEL, NUVIEW TRUST CO FBO MAHESH CHHABRIA, NUVIEW TRUST COMPANY FBO MAHESH CHHABRIA IRA, NUVIEW TRUST COMPANY FBO MAYUR DALAL ROLLOVER IRA, NUVIEW TRUST CO FBO CORY CONNIFF IRA, NUVIEW TRUST CO CUSTODIAN FBO SATISH PATEL IRA, NUVIEW TRUST CO FBO MANJIT BAINS IRA, NUVIEW TRUST CO FBO MRINAL MALI IRA, RAMESH THAKKAR, MANJULA THAKKAR, MADHAVI DALAL, CRP INVESTORS GROUP LLC, and MRINAL MALI,<br><br>*Plaintiffs,* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: OCEAN COUNTY<br><br>DOCKET NO. OCN-L-1627-24<br><br>Civil Action<br><br>**~~PROPOSED~~ ORDER** |

v.

AVROHOM PRAGER a/k/a SHAYA PRAGER and SHULAMIT PRAGER, YAAKOV PRAGER, THE OLIVE 2021 SOUTH DAKOTA NCNG TRUST, THE OLIVE 2021 SOUTH DAKOTA ING TRUST, and LALIT PATEL

*Defendants.*

-AND-

AVROHOM PRAGER a/k/a SHAYA PRAGER and SHULAMIT PRAGER,

*Counterclaim Plaintiffs*

v.

UK MANAGEMENT INVESTORS GROUP LLC and CRP INVESTORS GROUP LLC

*Counterclaim Defendants*

-AND-

AVROHOM PRAGER a/k/a SHAYA PRAGER and SHULAMIT PRAGER,

*Third-Party Plaintiffs*

v.

DR. LALIT PATEL

*Third-Party Defendant*

**THIS MATTER** having been opened to the Court by Cole Schotz P.C., attorneys for Defendants Avrohom Prager a/k/a Shaya Prager, Shulamit Prager, The Olive 2021 South Dakota NCNG Trust, and The Olive 2021 South Dakota ING Trust (collectively, the "Prager Parties"),

upon notice of motion to dismiss Counts One through Nine of the Trikha Plaintiffs'[1] Amended Complaint, with prejudice, pursuant to Rule 4:6-2(e); and the Court having read and considered the papers filed in support of the motion and in opposition thereto, if any; and the Court having heard the oral argument of counsel, if any; and for good cause shown,

IT IS on this 10 day of APRIL, 2026,

**ORDERED** that the Prager Parties motion is hereby ~~GRANTED in its entirety~~; DENIED and it is further

**ORDERED** that Counts One through Nine of the Trikha Plaintiffs' Amended Complaint ~~are hereby dismissed, with prejudice~~; Remain of Record. Defendants shall file an answer within 20 Days. and it is further

**ORDERED** that the Prager Parties shall have twenty (20) days from the entry of this Order to respond to any remaining causes of action contained in the Trikha Plaintiffs' Amended Complaint; and it is further

**ORDERED** this order shall be deemed serve on all parties upon its filing on the public docket.

[1] The term "Trikha Plaintiffs" shall mean and refer to Plaintiffs Rupan Trikha, Niti Trikha, Bhavna Chhabria, Mahesh Chhabria, Gandorta Investments LLC, R&R Dharia LLC, Rajesh Dharia, Manish Gandhi Revocable Trust 200, Manish Gandhi, Cory Conniff, Nuview Trust Co. FBO Cory Conniff IRA, NuView Trust Co. C/F Cory Conniff IRA, MVP Park International, Inc., Shetal Patel, Prem Goel, Shashi Goel, Nuview Trust Co. FBO Mahesh Chhabria, Kavita Kalra, Vijay Singhal, Yogini Patel, Nuview Trust Co. FBO Mahesh Chharbia IRA, Nuview Trust Co. Custodian FBO Satish Patel IRA, Nuview Trust Co FBO Manjit Bains IRA, Nuview Trust Co FBO Mrinal Mali IRA, Mrinal Mali, Ramesh Thakkar, and Manjula Thakkar.

HON. CRAIG L. WELLERSON

Opposed (X)
Unopposed ( )