# EXHIBIT D

SAIBER LLC
By: James H. Forte, Esq., Attorney Id. No. 027081984
7 Giralda Farms, Suite 360
Madison, New Jersey 07940
(973) 622-3333
Co-Counsel for Plaintiff
Valley National Bank

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>Plaintiff,<br>vs.<br><br>WOOD AVE 194 LLC, SHULAMIT PRAGER, AVRAHOM (SHAYA) PRAGER a/k/a AVROHOM (SHAYA) PRAGER,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MORRIS COUNTY<br>DOCKET NO. MRS-L-002177-24<br>JUDGMENT NO. J-131063-25<br><br>Civil Action<br><br>WRIT OF EXECUTION AGAINST WOOD AVE 194 LLC |

**THE STATE OF NEW JERSEY**

**TO THE SHERIFF OF THE COUNTY OF BERGEN**

**WHEREAS**, on the 31st day of October, 2025, a Final Judgment by Consent was recovered by plaintiff Valley National Bank in an action in the Superior Court of New Jersey, Law Division, Morris County, against defendant Wood Ave 194 LLC on the Complaint in the amount of $69,952,453.61 plus legal fees in the sum of $139,658.54.

**WHEREAS**, on the 3rd day of November, 2025, the Final Judgment by Consent was entered in the civil docket of the Clerk of the Superior Court of New Jersey, and there remains due thereon the full amount of the Final Judgment by Consent.

**THEREFORE, WE COMMAND YOU**, that you satisfy the said

judgment out of the personal property of the judgment debtor within your county; and if sufficient personal property cannot be found then, subsequent to your levy and only after receipt of an order of the court pursuant to Rule 4:59-1(d), out of the real property in your county belonging to such judgment debtor at the time when the judgment was entered or docketed in the office of the Clerk of the Superior Court, or any time thereafter, in whosever hands the same may be. Any levy pursuant to this Writ shall exclude (1) all funds in an account of the debtors with a bank or other financial institution, if all deposits into the account during the 90 days immediately prior to service of this Writ were electronic deposits, made on a recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the two months immediately prior to the account review undertaken by the bank or other financial institution in response to the Writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law.

You shall pay said monies realized by you from such property to Saiber LLC, attorneys in this action. Within 24

months after the date of its issuance, you shall return this execution and your proceedings thereon to the Clerk of the Superior Court of New Jersey.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make your return of this Writ with your proceedings thereon before this Court and you pay to the Clerk of this Court any surplus in your hands within 30 days after the sale.

Witness, Hon. Robert Lougy, A.J.S.C., Judge of the Superior Court, This 30th day of January 2026.

/s/ Michelle M. Smith, Esq.

*Clerk of the Superior Court*

Entered in the Records of Executions
Issued in the Superior Court Clerk's Office

**ENDORSEMENT**

| | |
|---|---|
| Initial Judgment Amount* | $69,952,453.61 |
| Attorneys' fees awarded expenses awarded | $ 139,658.54 |
| Legal interest thereon from October 31, 2025 to January 20, 2026 | $ 1,178,650.93 |
| Sheriff's Fees | $ |
| Sheriff's Commissions | $ |
| TOTAL: | $ |

* "Judgment Amount" includes amount of verdict or settlement, plus pre-judgment court costs, plus any applicable statutory attorney's fee.

Post Judgment Interest applied pursuant to Rule 4:42-11 has been calculated as **simple interest.** As required by Rule 4:59-1, attached is the method by which interest has been calculated, taking into account all partial payments made by the defendant and credits against the judgment.

SAIBER LLC
Attorneys for Plaintiff
Valley National Bank

BY: ______________________
JAMES H. FORTE
A Member of the Firm

Dated: January 20, 2026

**METHOD OF INTEREST CALCULATION THROUGH JANUARY 20, 2026**

| | |
|---|---|
| Initial Principal | $69,952,453.61 |
| Legal interest from October 31, 2025<br>to January 20, 2026<br>(82 days/365 days x $69,952,1,118,314.96<br>x 7.50% (5.50% plus 2.00%)) | $ 1,178,650.93 |