# EXHIBIT E

**HOLLAND & KNIGHT LLP**
Stuart J. Glick, Esq.
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 751-3392
Stuart.Glick@hklaw.com
Counsel for Plaintiff

| | |
|---|---|
| WEBSTER BANK, N. A., SUCCESSOR IN INTEREST BY MERGER TO STERLING NATIONAL BANK, AS AGENT FOR ITSELF, BANKWELL BANK, BANKESB and BANK OF PRINCETON,<br><br>Plaintiff,<br><br>-against-<br><br>AVROHOM PRAGER,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>MORRIS COUNTY<br><br>Docket No. MRS-L-001937-24<br><br>J-137811-25<br><br>CIVIL ACTION<br><br>**WRIT OF EXECUTION** |

**THE STATE OF NEW JERSEY**

**TO THE SHERIFF OF MORRIS COUNTY**

**WHEREAS**, on the 14th day of November, 2025, judgment was recovered by plaintiff Webster Bank in an action in the Superior Court of New Jersey, Law Division, Morris County, against defendant, Avrohom Prager, for damages of $38,694,001.49 to October 24, 2025, plus interest at the post-judgment legal rate thereafter; and

**WHEREAS**, on November 24, 2021, the judgment was entered in the civil docket of the Clerk of the Superior Court, J-137811-25, and the full amount thereof, plus post-judgment interest, remains due thereon.

**THEREFORE, WE COMMAND YOU** that you satisfy the said Judgment out of the personal property of the said Judgment debtor within your County; and if sufficient personal property cannot be found then, subsequent to your levy and only after receipt of an order of the court pursuant to R. 4:59- 1(d), out of the real property in your County belonging to the judgment

debtor(s) at the time when the judgment was entered or docketed in the office of the Clerk of this Court or at any time thereafter, in whosesoever hands the same may be. Any levy pursuant to this writ shall exclude (1) all funds in an account of the debtor with a bank or other financial institution, if all deposits into the account during the 90 days immediately prior to service of the writ were electronic deposits, made on a recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the two months immediately prior to the account review undertaken by the bank or other financial institution in response to the writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law. You shall pay said monies realized by you from such property to Stuart J. Glick, Esq., attorney for Plaintiff in this action. Within twenty-four months after the date of its issuance you shall return this execution and your proceedings thereon to the Clerk of the Superior Court of New Jersey at Trenton.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make your return of this Writ with your proceedings thereon before this Court and you pay to the Clerk thereof any surplus in your hands within thirty days after the sale.

Witness, Hon. Robert Lougy, A.J.S.C., Judge of the Superior Court,
This 24TH of November 2025.

/s/ Michelle M. Smith, Esq.
Clerk of the Superior Court

Entered in the Records of Executions
Issued in the Superior Court Clerk's Office

**ENDORSEMENT**

| | | |
|---|---|---|
| Judgment Amount* | $ | 38,694,001.49 |
| Additional Costs | $ | ____________ |
| Interest thereon | $ | 285,917.72 |
| Credits | $ | ____________ |
| Sheriff's Fees | $ | ____________ |
| Sheriff's Commissions | $ | ____________ |
| TOTAL: | $ | ____________ |

*"Judgment Amount" includes amount of verdict or settlement, plus pre-judgment court costs, plus any applicable statutory attorney's fee.

Post-judgment interest applied pursuant to R. 4:42-11 has been calculated as simple interest. As required by R. 4:59-1, attached is the method by which interest has been calculated, taking into account all partial payments made by the defendant.

**HOLLAND & KNIGHT LLP**
Counsel for Plaintiff

By:____________________________
Stuart J. Glick

Dated: November 21, 2025

**Calculation of Interest**

Annual rate: 7.5 %
Per diem rate: .075 / 365 equals approximately .020548 % per day
Days from October 24, 2025, through November 21, 2025: 29 days
Accrued interest: 38,694,001.49 x 29 x .0002548 equals [rounded to two decimal places]
$285,917.72