# EXHIBIT F

**HOLLAND & KNIGHT LLP**
Stuart J. Glick, Esq.
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 751-3392
Stuart.Glick@hklaw.com
Counsel for Plaintiff

| | |
|---|---|
| WEBSTER BANK, N. A., SUCCESSOR IN INTEREST BY MERGER TO STERLING NATIONAL BANK,<br><br>Plaintiff,<br><br>-against-<br><br>AVROHOM PRAGER and SHULAMIT PRAGER,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>MERCER COUNTY<br><br>Docket No. OCN-L-002569-24<br><br>J-028080-26<br><br>CIVIL ACTION<br><br>**WRIT OF EXECUTION** |

**THE STATE OF NEW JERSEY**

**TO THE SHERIFF OF MERCER COUNTY**

**WHEREAS**, on the 28th day of April, 2025, summary judgment (the "Summary Judgment Order") was recovered by plaintiff Webster Bank in an action in the Superior Court of New Jersey, Law Division, Ocean County, against defendants Avrohom Prager and Shulamit Prager (the "Pragers Defendants"), for damages of $27,957,304.56 as of March 4, 2025, plus prejudgment per diem interest in the amount of $8,254.35 per day from March 5, 2025, through April 28, 2025, equaling $462,243.60, plus post-judgment interest at the statutory rate thereafter; and

**WHEREAS**, on the 13th day of February, 2026, the Superior Court of New Jersey, Law Division, Ocean County, certified the Summary Judgment Order as a final judgment on the merits against the Prager Defendants; and

**WHEREAS**, on March 6, 2026, the judgment was entered in the civil docket of the Clerk of the Superior Court, J-028080-26, and the full amount thereof, plus post-judgment interest, remains due thereon.

**THEREFORE, WE COMMAND YOU** that you satisfy the said Judgment out of the personal property of the said Judgment debtor within your County; and if sufficient personal property cannot be found then, subsequent to your levy and only after receipt of an order of the court pursuant to R. 4:59-1(d), out of the real property in your County belonging to the judgment debtor(s) at the time when the judgment was entered or docketed in the office of the Clerk of this Court or at any time thereafter, in whosesoever hands the same may be. Any levy pursuant to this writ shall exclude (1) all funds in an account of the debtor with a bank or other financial institution, if all deposits into the account during the 90 days immediately prior to service of the writ were electronic deposits, made on a recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the two months immediately prior to the account review undertaken by the bank or other financial institution in response to the writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law. You shall pay said monies realized by you from such property to Stuart J. Glick, Esq., attorney for Plaintiff in this action. Within twenty-four months after the date of its issuance you shall return this execution and your proceedings thereon to the Clerk of the Superior Court of New Jersey at Trenton.

**WE FURTHER COMMAND YOU**, that in case of a sale, you make your return of this Writ with your proceedings thereon before this Court and you pay to the Clerk thereof any surplus in your hands within thirty days after the sale.

Witness, Hon. Robert Lougy, A.J.S.C Judge of the Superior Court,

This 10th day of March 2026.

/s/ Michelle M. Smith, Esq.

Clerk of the Superior Court

Entered in the Records of Executions

Issued in the Superior Court Clerk's Office

**ENDORSEMENT**

| | | |
|---|---|---|
| Judgment Amount* | $ | 28,419,548.16 |
| Additional Costs | $ | ____________ |
| Interest thereon | $ | 1,628,894.82 |
| Credits | $ | ____________ |
| Sheriff's Fees | $ | ____________ |
| Sheriff's Commissions | $ | ____________ |
| TOTAL: | $ | ____________ |

*"Judgment Amount" includes amount of verdict or settlement, plus pre-judgment court costs, plus any applicable statutory attorney's fee.

Post-judgment interest applied pursuant to R. 4:42-11 has been calculated as simple interest. As required by R. 4:59-1, attached is the method by which interest has been calculated, taking into account all partial payments made by the defendant.

**HOLLAND & KNIGHT LLP**
Counsel for Plaintiff

By:______________________________
Stuart J. Glick

Dated: March 9, 2026

## Calculation of Interest

Annual rate: 6.5 %
Per diem rate: .065 / 365 equals approximately .0.0178% per day
Days from April 11, 2025, through March 9, 2026: 332 days
Accrued interest: $28,419,548.16 x 332 x .000178 equals
$1,628,894.82 [rounded to two decimal places]