# EXHIBIT G

ARCHER & GREINER, P.C.
ARCHER & GREINER
A Professional Corporation
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
Attorneys for Plaintiff, Fulton Bank, N.A.

By: JERROLD S. KULBACK, ESQUIRE (NJ ID# 023071999)

| | |
|---|---|
| FULTON BANK, N.A.,<br><br>Plaintiff,<br>vs.<br><br>35 TECH PARTNERS LLC; and<br>SHULAMIT PRAGER,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BURLINGTON COUNTY<br><br>Docket No.: BUR-L-1376-24<br>J-113151-25<br><br>*Civil Action*<br><br>**WRIT OF EXECUTION** |

STATE OF NEW JERSEY TO THE SHERIFF
OF THE COUNTY OF OCEAN:

WHEREAS, a Judgment was entered in the Superior Court of New Jersey, Law Division, Burlington County, on September 16, 2025, in favor of the Plaintiff, FULTON BANK, N.A., and against Defendant, SHULAMIT PRAGER, in the sum of $2,479,766.81, which sum remains due and unpaid.

THEREFORE, WE COMMAND YOU that you satisfy the said Judgment out of the personal property of the said Judgment debtor within your County; and if sufficient personal property cannot be found then, subsequent to your levy and only after receipt of an order of the court pursuant to R. 4:59- 1(d), out of the real property in your County belonging to the Judgment

debtor at the time when the judgment was entered or docketed in the office of the Clerk of this Court or at any time thereafter, in whosesoever hands the same may be. Any levy pursuant to this writ shall exclude (1) all funds in an account of the debtor with a bank or other financial institution, if all deposits into the account during the 90 days immediately prior to service of the writ were electronic deposits, made on a recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the two months immediately prior to the account review undertaken by the bank or other financial institution in response to the writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law.

You shall pay said monies realized by you from such property to Jerrold S. Kulback, Esq., attorney in this action. Within twenty-four months after the date of its issuance you shall return this execution and your proceedings thereon to the Clerk of the Superior Court of New Jersey at Trenton

WE FURTHER COMMAND YOU, that in case of a sale, you make your return of this writ with your proceedings thereon before this Court and you pay to the Clerk thereof any surplus in your hands within thirty days after the sale.

Witness, Hon. Robert Lougy, A.J.S.C., Judge of the Superior Court,
This 30th of September 2025.

/s/ Michelle M. Smith, Esq.
Clerk of the Superior Court

Entered in the Records of Executions
Issued in the Superior Court Clerk's Office

ARCHER & GREINER
A Professional Corporation
*Attorneys for Plaintiff*

BY: *\/s/ Jerrold S. Kulback*
JERROLD S. KULBACK

Dated: September 30, 2025

## ENDORSEMENT

| | |
|---|---|
| Judgment entered September 19, 2025 | $2,479,766.81 |
| Post-Judgment Interest: | |
| Costs | |
| Interest | |
| Post-judgment costs | |
| Sheriff's Fees | |
| Sheriff's Commission | |
| **TOTAL** | $2,479,766.81 |

Post Judgment Interest applied pursuant to R. 4:42-11 has been calculated as simple interest. As required by R. 4:59-1, attached is the method by which interest has been calculated, taking into account all partial payments made by the defendant.

*/s/ Jerrold S. Kulback*
JERROLD S. KULBACK

231035207 v1