UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Avrohom Prager

Case No.: 26-14727

Hearing Date:

Judge: O'Hagan

Chapter: 7

# CONSENT ORDER

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 14, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANSELL GRIMM & AARON, P.C.
Anthony D'Artiglio, Esq. (117682014)
Brian J. Ashnault, Esq. (280072019)
Nicole Benis, Esq. (376152022)
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: (973) 247-9000
E-mail: adartiglio@ansell.law
         bashnault@ansell.law
         nbenis@ansell.law
*Attorneys for Creditors Cory Conniff, Kavitra Kalra, Rupan Trikha, Niti Trikha, and Shetal Patel*

Hon. Eamonn O' Hagan, U.S.B.J.

Case No.: 26-14723 (EJO)

Chapter 7

Case No.: 26-14727 (EJO)

Chapter 7

In re:

Shulamit Prager,

      Alleged Debtor.

In re:

Avrohom Prager (a/k/a Shaya Prager),

      Alleged Debtor

**CONSENT ORDER**

    **THIS MATTER** having come before the Court upon the application of Anthony J. D' Artiglio, Esq. and Brian J. Ashnault, Esq., of the firm of Ansell Grimm & Aaron, P.C., on behalf of Creditors Cory Conniff, Kavitra Kalra, Rupan Trikha, Niti Trikha, and Shetal Patel (collectively, the "Creditors"), by consent of Eric Horn, Esq. of the firm A.Y. Strauss on behalf of the alleged debtors Shulamit Prager and Avrohom Prager (collectively, the "Alleged Debtors") having agreed to the below discovery schedule, and the Court having considered the terms hereof, and for other good cause shown;

1.    Creditors may serve discovery demands on Alleged Debtors no later than June 30, 2026.

2.    Alleged Debtors may serve discovery demands on Creditors no later than July 15, 2026.

3.    Alleged Debtors shall respond to Creditors' Request for Interrogatories and Request for Production of Documents by July 31, 2026.

4.    Creditors' responses to discovery demands, if any, served by Alleged Debtors shall be due by August 15, 2026.

5.    Production of documents responsive to the Creditors' and Alleged Debtors' discovery demands shall be substantially completed by September 4, 2026.

6.    The Creditors are not permitted to supply other creditors with the responses to Creditors' Request for Interrogatories and Request for Production of Documents except as may be provided for in a Stipulation and Order for the Production and Exchange of Confidential Information to be agreed upon by Creditors and Alleged Debtors and ordered by the Court.

7.    The oral deposition of Shulamit Prager shall be held on or before September 16, 2026.

8.    The oral deposition of Avrohom Prager shall be held on or before September 16, 2026.

9.    The oral deposition of Creditors' representatives shall be held on or before September 16, 2026.

10.   The discovery end date for this matter shall be September 16, 2026.

11.     Trial with respect to the pending Motion to Dismiss shall be scheduled for October 20, 2026.

**IT IS FURTHER ORDERED** that a copy of this order shall be deemed served upon all parties upon its filing.