| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1*<br><br>**MCGIVNEY KLUGER CLARK & INTOCCIA, P.C.**<br>Anthony L. Cotroneo, Esq.<br>290 W. Mt. Pleasant Ave., Suite 4200<br>Livingston, New Jersey 07039<br>(973) 520-9060<br>acotroneo@mkcilaw.us.com<br><br>*Attorneys for Creditor Wells Fargo Bank, N.A.* | |
| ------------------------------------------------------------------X<br>In re:<br><br>Avrohom Prager a/k/a Shaya Prager<br><br>Debtor.<br><br>------------------------------------------------------------------X | Case No. 26-14727 (EJO)<br>Chapter 7<br>Honorable Eamonn J. O'Hagan |

**NOTICE OF JOINDER TO INVOLUNTARY PETITION FOR CHAPTER 7 BANKRUPTCY OF AVROHOM PRAGER a/k/a SHAYA PRAGER BY ADDITIONAL PETITIONING CREDITOR WELLS FARGO BANK, N.A.**

Pursuant to 11 U.S.C. 303(c) and Federal Bankruptcy Rule 1003(b), Wells Fargo Bank, N.A., (hereinafter "Wells Fargo" or "Joining Creditor") hereby joins this case in support of the involuntary petition heretofore filed by Petitioning Creditors, Cory Conniff, Kavitra Kalra, and Rupan Trikha against the Alleged Debtor, and in connection therewith, Joining Creditor respectfully alleges as follows:

1. Debtor is a New Jersey resident residing at 7 Olive Ct, Lakewood, NJ 08701.

2. The Petitioning Creditors filed their Involuntary Petition Against an Individual on April 28, 2026 (hereinafter the "Petition").

3. 11 U.S.C. Section 303(c) of the Bankruptcy Code permits creditors holding unsecured claims that are not contingent to join in an involuntary petition prior to dismissal of the

case or entry of an Order for Relief. The above-captioned case has not been dismissed and no Order for Relief has been entered as of the date hereof.

4. 11 U.S.C. Section 303(c) of the Bankruptcy Code further provides that a creditor joining in an involuntary petition has the same effect as if the joining creditor were a petitioning creditor under 11 U.S.C. Section 303(b).

5. As set forth in the attached Declaration, Joining Creditor Wells Fargo, as a judgment creditor of Debtor, holds an unsecured, noncontingent, undisputed claim against Debtor.

6. Accordingly, Joining Creditor Wells Fargo hereby joins in the Petition as if it were a petitioning creditor under 11 U.S.C. Section 303(b).

Dated: Livingston, New Jersey
August 12, 2026

Respectfully submitted,

/S/ Anthony L. Cotoneo

Peter A. Ragone
pragone@mkcilaw.us.com
Anthony L. Cotroneo, Esq.
acotroneo@mkcilaw.us.com
McGIVNEY KLUGER CLARK & INTOCCIA, P.C.
290 W. Mt. Pleasant Ave., Suite 4200
Livingston, New Jersey 07039
(973) 520-9060

*Attorneys for Creditor Wells Fargo Bank, N.A.*

eg:WF.Prager.Notice.of.Joinder
8/26